The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR07-00413 RAJ |
| v. | |
| DAVID LEE FRESONKE, | ORDER CONTINUING TRIAL DATE |
| Defendant. | |

THE COURT having considered the Defendant's motion to continue the trial date, the Defendant's Waiver of Speedy Trial, and the records and files herein, hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would be contrary to the interests of justice within the meaning of 18 U.S.C. § 3161(h)(8)(A), in that additional time is necessary to evaluate the Defendant's health condition before proceeding to trial.

2. The Court further finds that the ends of justice will be served by ordering the continuance in this case and that the continuance is necessary to ensure that Defendant's medical condition is evaluated before proceeding to trial, and to provide the most efficient use of court

ORDER CONTINUING TRIAL DATE - 1

1  resources, and that these factors outweigh the interests of the public in a more speedy trial within

2  the meaning of 18 U.S.C. §§ 3161 (h)(8)(A) and 3161 (h)(8)(B)(I) and (iv).

3   IT IS THEREFORE ORDERED that the trial date be continued from February 11, 2008 to

4  June 23, 2008.

5   IT IS FURTHER ORDERED that the period of time from the current trial date of

6  February 11, 2008, up to and including June 23, 2008, shall be excludable time pursuant to the

7  Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

9   DATED this 5th day of February, 2008.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE - 2